IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3041 |
| vs. | |
| JUSTIN ALEXANDER COLBERT, | ORDER |
| Defendant. | |

Defendant has moved to continue Defendant's initial appearance hearing. (Filing No. 9). As explained by counsel, Defendant is having difficulty making travel arrangements from the Southern District of New York. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 9), is granted.

2) Defendant's initial appearance hearing will be held before the undersigned magistrate judge on July 18, 2019 at 1:30 p.m.. Defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing Defendant's initial appearance hearing outweigh the best interest of Defendant and the public in a speedy trial. Accordingly, the time between today's date and July 18, 2019 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(1). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

June 25, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge