IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN ALEXANDER COLBERT,<br><br>    Defendant. | **4:19CR3041**<br><br>**ORDER** |

Defendant is indigent and in need of non-custodial transportation and subsistence for travel from New York to Lincoln, Nebraska to attend a hearing on July 30, 2019 at 3:00 p.m. This defendant needs air transportation.

Accordingly,

IT IS ORDERED that the U.S. Marshal shall provide non-custodial air transportation and subsistence only during the period of travel for Defendant to travel from New York to Lincoln, Nebraska to appear in federal court in Lincoln, Nebraska on July 30, 2019 at 3:00 p.m.

July 24, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge