# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3041 |
| vs. | JUDGMENT |
| JUSTIN ALEXANDER COLBERT, | |
| Defendant. | |

For the reasons stated in the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 is denied.

Dated this 22nd day of February, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge