IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUSTIN ALEXANDER COLBERT,

        Defendant.

4:19-CR-3041

ORDER

IT IS ORDERED:

1. The defendant's motion for copies (filing 144) is granted.

2. The Clerk of the Court shall provide the defendant with a copy of his indictment (filing 1) without requiring payment of fees.

Dated this 21st day of June, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge