IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN ALEXANDER COLBERT,<br><br>　　　　　　Defendant. | 4:19-CR-3041<br><br>ORDER |

IT IS ORDERED:

1. The defendant's motion for copies (filing 146) is granted.

2. The Clerk of the Court shall provide the defendant with a copy of the operative judgment (filing 142) without requiring payment of fees.

Dated this 27th day of July, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge